## Gallagher, Appellant, *v.* Giant Markets.

Argued June 18, 1971. *Thomas J. Foley, Sr.,* with him *Joseph T. McDonald,* and

*Rosser, McDonald, Marcus & Foley,* for appellant; *David J. Reedy, Jr.,* for appellee.

Judgment affirmed.